USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

TASHIA PACHECO,

                Defendant.
----------------------------------------------------------------X

**ORDER**

19-CR-731 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for February 21, 2020 at 10:00 a.m. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than one week before the proceeding, i.e., by **February 14, 2020**.

    **SO ORDERED.**

Dated: New York, New York
       November 25, 2019

_____
JAMES L. COTT
United States Magistrate Judge

1