# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 14, 2020

**BY ECF AND EMAIL**
The Honorable Judge James L. Cott
United States Courthouse
500 Pearl St.
New York, NY 10007

SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2/19/2020

RE: **United States v. Tashia Pacheco**
**19 Cr 731**

Dear Judge Cott:

I write to request that the Court accept electronic filing of Ms. Pacheco's sentencing memorandum with redactions of any reference to her experience with domestic violence as a victim. The redactions are necessary to protect her privacy and safety as well as the privacy and safety of her minor children. Other redactions concerning her health and her minor children have been made pursuant to the E-Government Act of 2002.

An unredacted version of the memorandum will be provided to the Court and government by email.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

*Application granted. So Ordered.*
*James L. Cott*
*USMJ*
*2/19/20*

cc: AUSA Rushmi Bhaskaran (ECF and Email)